JS-6    O

# United States District Court
# Central District of California

| | |
|---|---|
| JONATHAN BARIMA SEI,<br><br>      Petitioner,<br><br>    v.<br><br>JEH C. JOHNSON; LORETTA E. LYNCH; DAVID JENNINGS; SANDRA HUTCHENS; ART TREVINO; MICHAEL NEMEC; and BOB OSBORNE,<br><br>      Respondents. | Case No. 2:16-CV-06647-ODW(JCG)<br><br>**ORDER DISMISSING CASE AS MOOT** |

///
///
///
///
///
///
///
///

On September 2, 2016, Petitioner Jonathan Barima Sei filed for habeas corpus relief from prolonged immigration detention. (ECF No. 1.) However, on November 1, 2016, before the Court could rule on his petition, Immigration and Customs Enforcement physically removed Petitioner from the United States. (ECF No. 11.) Because Petitioner is no longer in immigration detention, the Court cannot grant him the relief he requests. Accordingly, the Court dismisses this petition as **MOOT**.

**IT IS SO ORDERED.**

November 22, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**